**LODGED**
CLERK, U.S. DISTRICT COURT
10/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RAM DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
10/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

Name: Megan Reeves
Street Address: PO Box 1003
City and County: Idyllwild, USA
State and Zip Code: California 92549
Telephone Number: 951-406-0630

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Megan Reeves

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

City of Palm Springs, Palm Springs Police Department, Officer Doe #1, Officer Doe #2 (Individual & Official Capacity)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 5:22-cv-01910-UA
(to be filled in by the Clerk's Office)

Jury Trial: ☒ Yes ☐ No
(check one)

> # NOTICE
>
> Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.
>
> In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Megan Reeves |
| Street Address | PO Box 1003 |
| City and County | Idyllwild, USA |
| State and Zip Code | California, 92549 |
| Telephone Number | 951-406-0630 |
| E-mail Address | meganreeves00@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1

| | |
|---|---|
| Name | City of Palm Springs |
| Job or Title (if known) | |

2

Street Address   3200 E. Tahquitz Canyon Way
City and County   Palm Springs, Riverside
State and Zip Code   California 92262
Telephone Number   760-323-8299
E-mail Address
(if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

Name   Palm Springs Police Department
Job or Title
(if known)
Street Address   200 S. Civic Dr.
City and County   Palm Springs, Riverside
State and Zip Code   California 92262
Telephone Number   760-323-8116
E-mail Address
(if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 3

Name   Officer John Doe #1
Job or Title
(if known)
Street Address   200 S. Civic Dr.
City and County   Palm Springs, Riverside
State and Zip Code   California 92262
Telephone Number   760-323-8116
E-mail Address
(if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

Name   Officer John Doe #2
Job or Title

3

(if known)
Street Address     200 S. Civic Dr.
City and County    Palm Springs, Riverside
State and Zip Code California 92262
Telephone Number   760-323-8116
E-mail Address
(if known)

☒ Individual capacity          ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

California Tort Claims Act, Bane claim, CA AB26, 4th Amendment, 5th Amendment, 8th Amendment, 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Each defendant acted in the official capacity, deterring from the policy manual and the City of Palm Springs knew its officers weren't trained correctly.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> Desert Hot Springs, 10 Freeway, exit Indian Canyon Drive.

B. What date and approximate time did the events giving rise to your claim(s) occur?

> October 14, 2021 at 12:58 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> My registered domestic Partner, Russell Leggett, was shot and killed after he surrendered by waving his hands and emptying the clip out of the gun and trying to throw it. Over a minute later, he was still shot multiple times and killed.

5

Video of him surrendering was put on Youtube. Four police departments were involved. They didn't give him the medical care he needed. The 9 claims stem from 42 U.S.C 1983, the California Tort Claims Act, the Bane Act, Amendments 4, 5, 8, and 14, and CA AB26.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Multiple shots after surrendering, and refusal of medical care.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Looking for economic and non-economic damages in the amount of $661,680 for the loss of my spouse's income, household contributions, loss of companionship, loss of consortium, loss of protection, affection, sexual relations, and loss of moral support. Russell Leggett was 30 years old and had at least another 30 years to live when killed.

6

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 26, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff  Megan Reeves

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼

| | |
|---|---|
| Megan Reeves<br><br>*Plaintiff(s)*<br>v.<br>City of Palm Springs, Palm Springs Police Department, Deputy John Doe #1 (individual and official capacity, Deputy John Doe #2 (individual and official capacity, see attached<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Civil Action No.<br>) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Palm Springs
3200 E Taquitz Canyon Way, Palm Springs, CA 92262

Palm Springs Police Department
200 South Civic Drive, Palm Springs, CA 92262

SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Megan Reeves
PO BOX 1003
Idyllwild, CA 92549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    10/26/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of California ▼

| | |
|---|---|
| Megan Reeves <br><br> *Plaintiff(s)* <br> v. <br> City of Palm Springs, Palm Springs Police Department, Deputy John Doe #1 (individual and official capacity, Deputy John Doe #2 (individual and official capacity, see attached <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officers John Doe #1,( individual and official capacity)
200 South Civic Drive, Palm Springs, CA 92262

Officer John Doe #2 (individual and official capacity)
200 South Civic Drive, Palm Springs, CA 92262

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Megan Reeves
PO BOX 1003
Idyllwild, CA 92549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/26/2022

*Signature of Clerk or Deputy Clerk*