FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Megan Reeves

PLAINTIFF/PETITIONER,

v.

The City of Palm Springs

DEFENDANT(S).

CASE NUMBER

5:22-CV-01910-~~UA~~ SB (MRW)

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, Megan Reeves , declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. February 1, 2022 /$461.32, I didn't work for 3 months before that.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐Yes ☒No
    b. Rent payments, interest or dividends?    ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
    d. Gifts or inheritances?    ☐Yes ☒No
    e. Any other income (other than listed above)?    ☒Yes ☐No
    f. Loans?    ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: California State Disability - $326.00 every 2 weeks. I am currently still on disability.

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (04/06)                                                                                                                    Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? **2021**
   Approximately how much income did your last tax return reflect? **$24,623 (AGI) from covid unemployment**

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   **Logan Reeves, my son, gets 100% of his support from me. I don't receive child support.**

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

**California**
State

**Riverside County, Idyllwild**
County (or City)

I, **Megan Reeves**, declare under penalty of perjury that the foregoing is true and correct.

**11/4/22**
Date

*[signature]*
Plaintiff/Petitioner (Signature)





7021 2720 0000 8821 5665

CERTIFIED MAIL®

Megan Reeves
PO Box 1003
Idyllwild, CA 92549

United States Courthouse
3470 Twelfth St. Room 134
Riverside, CA 92501



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY