UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS et al.,<br><br>    Defendant.<br><br>―――――――――――――――<br><br>MEGAN REEVES,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>    Defendants. | Case No. 5:22-cv-01910-SB-MRW<br>Case No. 5:22-cv-02021-SB-MRW<br><br>ORDER RE: PLAINTIFF'S APPLICATIONS TO PROCEED WITHOUT PAYING FEES |

   Plaintiff Megan Reeves filed two cases against police and localities arising from the death of her domestic partner. In both cases, she filed applications to proceed without paying a filing fee. The applications are contradictory and the Court would benefit from further information about Plaintiff's finances in order to rule on the applications. Plaintiff is hereby ordered to submit a supplemental declaration clarifying:

- The amount of income reflected on her 2021 tax return, as each application states a different amount; and

- Whether she receives both disability payments, and in what amount, as well as unemployment benefits, and in what amount.

1

2

      Plaintiff shall file her supplemental declaration no later than December 7, 2022.  Failure to so file may result in denial of the applications.  If the Court grants Plaintiff's applications, it intends to consolidate these actions pursuant to Federal Rule of Civil Procedure 42.

IT IS SO ORDERED.

Date: November 22, 2022             _____
                                                                    Stanley Blumenfeld, Jr.
                                                               United States District Judge