S. Frank Harrell – SBN 133437
sharrell@lynberg.com
Jesse K. Cox – SBN 285218
jcox@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, CITY OF PALM SPRINGS; PALM SPRINGS POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PALM SPRINGS; PALM SPRINGS POLICE DEPARTMENT, et al.<br><br>    Defendants. | CASE NO. 5:22-cv-01910-SB-MRW<br><br>*Assigned for All Purposes to:*<br>*Honorable Stanley Blumenfeld Jr.*<br>*Courtroom 6C*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:    11-17-22<br>Current Response Date: 12-08-22<br>New Response Date:   01-06-22<br><br>*Trial Date:   None Set*<br>*Action filed: 10-26-22* |

1
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**STIPULATION**

Plaintiff MEGAN REEVES ("Plaintiff") filed her Complaint for Damages ("Complaint") in United State District Court Central District of California Case No. 5:22-cv-01910-SB-MRW on October 26, 2022. Plaintiff served her Complaint on Defendants CITY OF PALM SPRINGS and the CITY OF PALM SPRINGS POLICE DEPARTMENT (collectively "Defendants") on November 17, 2022. On December 1, 2022, Counsel for Defendants dispatched a correspondence requesting a meet and confer teleconference in accordance with Defendant's obligations pursuant to Local Rule 7-3. On December 5, 2022, both parties' exchanged correspondence regarding Defendants' perceived deficiencies in Plaintiff's Complaint that Defendants believe warrant a pre-Answer Rule 12 Motion. At that time, the parties determined that further time and discussion was warranted to achieve informal resolution of the perceived deficiencies.

Defendants' current deadline to respond to the Complaint is December 8, 2022. To permit the parties more time to meaningfully complete their meet and confer discussions, and in an effort to avoid motion practice and conserve party and judicial resources, Plaintiff and Defendants, hereby stipulate and agree pursuant to Local Rule 8-3 that Defendants have up to and including January 6, 2023 to file and serve a response to Plaintiff's initial Complaint.

IT IS SO STIPULATED.

DATED: December 5, 2022

By: */s/ Megen Reeves*
**Megen Reeves**
Plaintiff

2
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

| | | |
|---|---|---|
| 1 | DATED:  December 5, 2022 | **LYNBERG & WATKINS**<br>A Professional Corporation |
| 2 | | |
| 3 | | By: */s/ Jesse K. Cox* |
| 4 | | **S. FRANK HARRELL**<br>**JESSE K. COX** |
| 5 | | Attorneys for Defendants,<br>CITY OF PALM SPRINGS; PALM<br>SPRINGS POLICE DEPARTMENT |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**