UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 22-1910 SB (MRW) | Date | December 28, 2022 |
|---|---|---|---|
| Title | Reeves v. City of Palm Springs | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER RE: DISMISSAL MOTION

      1.   The City of Beaumont moved to dismiss this civil action. (Docket # 10.) The motion incorrectly set the matter for hearing with District Judge Blumenfeld on February 3. However, per the Court's earlier order, the consolidated case has been referred to Magistrate Judge Wilner for all preliminary matters – including a dismissal motion. (Docket # 4.)

      2.   For this reason, the requested hearing with Judge Blumenfeld is VACATED. Instead, Judge Wilner will hear the matter on <u>Wednesday, February 1, at 9:30 a.m.</u> Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles. Note that an in-person appearance by all parties to the motion will be required.

\* \* \*

      3.   Ms. Reeves is directed to file and serve her response to the substance of the motion by no later than January 13. Additionally, Ms. Reeves is ordered to show cause why the case should not be dismissed for her failure to discuss the matter with defense counsel as required by Local Rule 7. (Docket # 10-1.) Ms. Reeves will explain her conduct in a separate sworn declaration to be filed on the same date.

      4.   **Alternatively**, if Ms. Reeves acknowledges that the dismissal motion is meritorious, she may voluntarily dismiss the action with no further consequence or submit an amended complaint by the due date above.

      5.   If Ms. Reeves files an opposition to the dismissal motion, the City's optional reply will be due by January 25.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 22-1910 SB (MRW) | Date | December 28, 2022 |
|---|---|---|---|
| Title | Reeves v. City of Palm Springs | | |

**Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute or to follow court orders pursuant to Federal Rule of Civil Proc. 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**