UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 22-1910 SB (MRW) | Date | January 9, 2023 |
|---|---|---|---|
| Title | Reeves v. City of Palm Springs | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**     ORDER RE: PALM SPRINGS DISMISSAL MOTION

   1.   The City of Palm Springs has now also moved to dismiss this civil action. (Docket # 16.) Per the motion request, Judge Wilner will hear the matter on <u>Wednesday, February 22, at 9:30 a.m.</u> Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles. Note that an in-person appearance by all parties to the motion will be required.

\* \* \*

   2.   Ms. Reeves is directed to file and serve her response to the substance of the motion by no later than January 27. Additionally, Ms. Reeves is ordered to show cause why the case should not be dismissed for her failure to discuss the matter with defense counsel as required by Local Rule 7. Ms. Reeves will explain her conduct in a separate sworn declaration to be filed on the same date. The City's optional reply will be due by February 8.

   3.   **Note** that Plaintiff's submission will be due <u>before</u> the hearing on the similar dismissal motion from the City of Beaumont. Failure to respond to both motions before the February 1 hearing may result the dismissal of this consolidated action in its entirety. <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).

   4.   **Alternatively**, if Ms. Reeves acknowledges that the dismissal motion is meritorious, she may voluntarily dismiss the action with no further consequence or submit an amended complaint by the due date above.