John O. Pinkey, Esq. (SBN 162686)
Robert A. Cutbirth, Esq. (SBN 131279)
**Slovak Baron Empey Murphy & Pinkney, LLP**
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275

Attorneys for Defendant CITY OF BEAUMONT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Megan Reeves,<br><br>    Plaintiff,<br><br>vs.<br><br>Riverside County Sheriff's Department, Banning Police Department, Beaumont Police Department, City of Banning, City of Beaumont, Deputy John Does #1-8.<br><br>    Defendants. | **CONSOLIDATED CASE NO. 22-CV-01910-SB-MRW**<br><br>**FURTHER STATEMENT OF PLAINTIFF'S NON-COMPLIANCE WITH COURT ORDERS; REQUEST FOR DISMISSAL OF ACTION IN LIGHT OF SAME**<br><br>OBLIGATION:   FEB. 8, 2023<br>DEPT:   MAGISTRATE WILNER/550<br>*Action Filed*: November 9, 2022 |

    By Order dated January 18, 2023 (Docket 19), an Order to Show Cause re Dismissal ("OSC") was issued due to Plaintiff given her failure to provide an Opposition to the City of Beaumont's Motion to Dismiss and her multiple failures to comply with Court Rules and Court Orders.

    The OSC required Plaintiff to respond with a sworn written statement explaining her actions, which was to be received by the Court no later than February 8, 2023. After that date, the Court was to take the matter under review.

1

That date has now come and gone. Because the City of Beaumont has not received a copy of any response from Plaintiff Reeves, and no docket entry has otherwise been made showing that she has issued such a response to the Court, the City would request that this matter be dismissed in keeping with the reasons set forth in the OSC.

Dated: February 10, 2023         **SLOVAK BARON EMPEY MURPHY & PINKNEY, LLP**

By: Brent S. Clemmer/Robert A. Cutbirth
Attorneys for Defendant City of Beaumont