**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGAN REEVES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PALM SPRINGS, et al.<br><br>Defendants. | CASE NO. 5:22-cv-01910-SB-MRW<br>(cons. w/ 5:22-cv-02021-SB-MRW)<br><br>**[PROPOSED] JUDGMENT** |

# [PROPOSED] JUDGMENT

In accordance with the Court's February 26, 2023 "Order Dismissing Action" (Dkt. 21), it is now **ORDERED, ADJUDGED, and DECREED** that judgement is entered in this action as follows:

1. Plaintiff Megan Reeves shall recover nothing from Defendants City of Palm Springs, the Palm Springs Police Department, City of Beaumont, the Beaumont Police Department, City of Banning, and the Banning Police Department on Plaintiff Megan Reeves' Complaint (Dkt. 1);

2. Plaintiff Megan Reeves' Complaint is dismissed in its entirety;

3. Defendants City of Palm Springs, the Palm Springs Police Department, City of Beaumont, the Beaumont Police Department, City of Banning, and the Banning Police Department shall have judgment in their favor on Plaintiff Megan Reeves' Complaint; and

4. Defendants City of Palm Springs, the Palm Springs Police Department, City of Beaumont, the Beaumont Police Department, City of Banning, and the Banning Police Department shall recover from Plaintiff Megan Reeves costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED:

By: _____
**HON. STANLEY BLUMENFELD, JR.**
United States District Judge

Case Name: ***Reeves v. City of Palm Springs, et al.***
Case No.:   USDC Case No.: 5:22-cv-01910-SB-MRW

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 W. Town & Country Rd., Suite 1450, Orange, California 92868.

On **March 3, 2023**, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

*** SEE ATTACHED SERVICE LIST ***

☒ **BY MAIL**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, I deposited such envelope in the mail at Orange, California.

☒ **BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted at the respective email address(es) indicated.

☒ **BY E-SERVE:** The above-entitled document(s) were electronically served via the USDC Central District's CM/ECF system and the Notice of Electronic Filing (NEF) indicates the registered party and/or attorney were served with the above-documents.

☐ **BY FEDERAL EXPRESS/OVERNIGHT MAIL**: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 3, 2023,** at Orange, California.

*/s/ Debra Miranda*
**DEBRA MIRANDA**

i
**PROOF OF SERVICE**

## SERVICE LIST

Megan A. Reeves
P.O. Box 1003
Idyllwild, CA 92549

Tel:  951-406-0630
Email - meganreeves001@gmail.com

IN PRO PER