UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-01910-SB-MRW<br><br><br>ORDER RE ENTRY OF JUDGMENT |

　　　On February 26, 2023, the Court dismissed this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41. Dkt. No. 21. Following the dismissal, the Court failed to enter the judgment but does so now in a separate filing.

　　　IT IS SO ORDERED.

Date: August 15, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge