UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF PALM SPRINGS, et al.<br><br>  Defendants. | CASE NO. 5:22-cv-01910-SB-MRW<br>(cons. w/ 5:22-cv-02021-SB-MRW)<br><br>**JUDGMENT** |

# JUDGMENT

In accordance with the Court's February 26, 2023 "Order Dismissing Action" (Dkt. 21), it is now **ORDERED, ADJUDGED, and DECREED** that judgement is entered in this action as follows:

1. Plaintiff Megan Reeves shall recover nothing from Defendants City of Palm Springs, the Palm Springs Police Department, City of Beaumont, the Beaumont Police Department, City of Banning, and the Banning Police Department on Plaintiff Megan Reeves' Complaint (Dkt. 1);

2. Plaintiff Megan Reeves' Complaint is dismissed in its entirety; and

3. Defendants City of Palm Springs, the Palm Springs Police Department, City of Beaumont, the Beaumont Police Department, City of Banning, and the Banning Police Department shall have judgment in their favor on Plaintiff Megan Reeves' Complaint.

Date: August 15, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge